UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
In Re:                                    Chapter 11

DAIRY DEPOT, INC.                         Case No.


--------------------------------------------------X
STATE OF NEW YORK      )
COUNTY OF WESTCHESTER  )   ss.:

Bruno Iacono, being duly sworn, deposes and says:

1. I am the President of Dairy Depot, Inc., the above named debtor (hereinafter "Debtor"). I submit this affidavit in accordance with Local Bankruptcy Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

2. The principal office of the debtor is 2350 Jerusalem Avenue, Bellmore, New York.

3. The Debtor's taxpayer identification number is 27-1009670.

4. There is neither a case under the former Bankruptcy Act nor under the Bankruptcy Code currently pending by or against the Debtor

5. No official or unofficial committee of creditors of the Debtor has been organized as of this date.

6. No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

7. The Debtor's principal books and records are located at: 2350 Jerusalem Avenue, Bellmore, New York.

8. A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9. During the pendency of these proceedings, the Debtor intends to continue its operations in the convenience store business for a short period of time.

10. The Debtor operates its business from 2350 Jerusalem Avenue, Bellmore, New York and 271 Hempstead Avenue, West Hempstead, New York.

11. It is anticipated that the Debtor's operations in the next thirty (30) days will result in a operating loss. The company has approximately (3) employees. The officer's monthly salary will be $0 per month.

12. No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13. The Debtor does not have any assets located outside the territorial limits of the United States.

14. It is desirable for the Debtor or continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.

_____
Bruno Iacono

Sworn to before me this
3rd day of November 2010

_____
Notary Public

CONSTANTINE G. DIMOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02DI6088633
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES MARCH 17, 2011